

# NUMBER 13-11-00754-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

NALLE PLASTICS FAMILY LIMITED
PARTNERSHIP,                                                      Appellant,

v.

THE LEE FIRM, A PROFESSIONAL CORPORATION,          Appellee.

### On appeal from the County Court at Law No. 2
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Nalle Plastics Family Limited Partnership ("Nalle Plastics") perfected an appeal from a judgment entered by the County Court at Law No. 2 of Nueces County, Texas, in cause number 09-60281-2. This cause is presently before the Court on an unopposed joint motion to set aside the trial court's final judgment without regard to the merits and to

remand such claims to the trial court for rendition of judgment in conformity with the parties' settlement agreement.

The joint motion to set aside the trial court's judgment and remand is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM

Delivered and filed the
15th day of December, 2011.